UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| HAVE FAITH IN MONEY, A QUARTER HORSE AND 310 OTHER QUARTER HORSES, ALL HORSES IDENTIFIED ON ATTACHMENT A, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

**VERIFIED COMPLAINT FOR FORFEITURE**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, for its verified complaint against the above-named defendant properties, alleges in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure as follows:

1. This complaint for forfeiture is verified by the attached affidavit of Patrick J. Garry, Special Agent with the Federal Bureau of Investigation ("FBI"), which is fully incorporated herein.

**Jurisdiction and Venue**

2. This is an *in rem* forfeiture action brought pursuant to Title 18, United States Code, Section 981(a)(1)(C), for forfeiture of Have Faith in Money, a quarter horse and 310 other quarter horses, all horses identified on Attachment A ("defendant properties"), as properties which constitute and are derived from proceeds obtained from violations of Title 18, United States Code, Section 1343.

3. This court has *in rem* jurisdiction over the defendant properties pursuant to Title 28, United States Code, Sections 1355(b)(1)(A) and (d), as the acts giving rise to the forfeiture occurred within the Northern District of Illinois.

4. Venue is proper under 28 U.S.C. § 1395(b) because the acts giving rise to the forfeiture occurred in this district.

## Statutory Authority

5. This *in rem* forfeiture action is brought pursuant to Title 18, United States Code, Section 981(a)(1)(C).

## Specific Allegations

6. From approximately 1983 to April 17, 2012, Rita A. Crundwell ("Crundwell") was employed as the Comptroller for the City of Dixon. As Comptroller, Crundwell handled all of the finances for the City of Dixon.

7. At least as early as 1999, Crundwell controlled an account ending in the numbers 9530 at a financial institution in Dixon (hereinafter "9530 account"). Bank records for the 9530 account for the time period of July 2006 through March 2012 show that the primary account holder for the 9530 account is the City of Dixon, with a joint account holder listed as "RSCDA." Monthly bank statements for the 9530 account list the account holder as "City of Dixon, P.O. Box 386, RSCDA, Dixon, Illinois 61021-0386," and the checks written on the 9530 account list the account holder as "R.S.C.D.A., C/O Rita Crundwell, P.O. Box 482, Dixon, IL 61021."

8. Additional records from Fifth Third Bank and US Bank show that the City of Dixon maintained the following accounts between September 2011 and March 2012: 1) Fifth Third Bank "Corporate Fund" account ending in the numbers 2563 ("2563 account"); 2) Fifth Third Bank "Sales

Tax Fund" account ending in the numbers 8373 ("8373 account"); 3) Midland States Bank "Capital Project Fund" account ending in the numbers 0066 ("0066 account"); 4) Midland States Bank "Motor Fuel Fund" account ending in the numbers 3675 ("3675 account"); 5) US Bank Money Market account ending in the numbers 1128 ("1128 account"); and 6) Fifth Third Bank "Capital Development Fund" account ending in the number 7503 ("7503 account").

9. Records obtained from US Bank show that between September of 2011 and February of 2012, approximately $2,783,912 of tax funds were electronically deposited into the 1128 account, including:

| | |
|---|---|
| $1,315,828 | Municipal 1% Share of Sales Tax |
| $456,575 | Local Share of Income Tax |
| $398,285 | Non-Home Rule Sales Tax |
| $264,709 | Personal Property Replacement Tax |
| $198,017 | Motor Fuel Tax |
| $108,288 | Local Share of State Use Tax |
| $42,210 | Simplified Mun. Telecommunications Tax |

10. US Bank records show that the above distributions were derived from a local government investment pool called The Illinois Funds. The total of $2,783,912 represents the City of Dixon's share of distributions made by the State of Illinois from September of 2011 through February of 2012.

11. Between September of 2011 and February of 2012, Crundwell, in her capacity as Comptroller for the City of Dixon, caused $3,039,000 to be wired out of the 1128 account into other City of Dixon accounts, as follows:

| | |
|---|---|
| $1,788,000 | Wires into 7503 Account |
| $796,000 | Wires into 2563 Account |
| $255,000 | Wires into 8373 Account |
| $200,000 | Wires into 3675 Account |

12. In order to complete the wire transfers, Crundwell called bank employees of US Bank in Springfield, Illinois and requested the amounts of the wire transfers and directed that the funds be transferred to the specified accounts.

13. Upon receiving Crundwell's instructions for the wire transfers, US Bank employees transferred $2,839,000 in funds from the US Bank account at the Federal Reserve Bank in Saint Paul, Minnesota to the Fifth Third Bank accounts at the Federal Reserve Bank in Cincinnati, Ohio for credit to the accounts ending in the numbers 7503, 2563, and 8373, all held in the name of the City of Dixon at Fifth Third Bank in Dixon, Illinois.

14. Upon receiving Crundwell's instructions for the wire transfers, US Bank employees transferred $200,000 in funds from the US Bank account at the Federal Reserve Bank in Saint Paul, Minnesota to the Midland States Bank account at the Federal Reserve Bank in Effingham, Illinois for credit to the account ending in the numbers 3675 held in the name of the City of Dixon at Midland States Bank in Dixon, Illinois.

15. Between September of 2011 and January of 2012, Crundwell in her capacity as Comptroller for the City of Dixon, wrote checks payable to "Capital Development Fund", and caused the checks to be deposited into the 7503 Account. These checks were drawn from various City of Dixon accounts as follows:

| | |
|---|---|
| $950,000 | Checks drawn from 2563 Account |
| $120,000 | Checks drawn from 8373 Account |
| $174,253 | Checks drawn from 0066 Account |

16. Fifth Third Bank and US Bank records show that Crundwell, in her capacity as Comptroller for the City of Dixon, caused a total of $2,522,253, in wires and checks, to be deposited into the 7503 account between September of 2011 and January of 2012.

17. Between September of 2011 and March of 2012, Crundwell, in her capacity as Comptroller for the City of Dixon, wrote 19 checks drawn on the 7503 account, amounting to $3,558,000.00 and payable to "Treasurer." Crundwell caused all of these checks to be deposited into the 9530 account.

18. Most of the City of Dixon funds that were transferred into the 9530 account were used by Crundwell to purchase personal assets including vehicles and to pay for Crundwell's personal expenses as well as for the expenses related to her horse business.

19. Fifth Third Bank records for the 9530 account show that of the approximately $3,558,000 in City of Dixon funds a total of $3,311,860.25 was withdrawn from that account through checks and online withdrawals. Of the $3,311,860.25 in withdrawals, only $74,274.27 was related to the City of Dixon's operations.

20. Fifth Third Bank records show that, from July of 2006 through March of 2012, Crundwell caused $29,421,310.00 to be deposited from the Capital Development Account into the 9530 Account. Crundwell also caused $794,977.43 to be deposited from various checks made payable to the "City of Dixon." During that time, the 9530 account received $20,216.08 in interest deposits.

21. In total, Crundwell deposited $30,236,503.51 in funds belonging to the City of Dixon into the 9530 account.

22. Bank records from Fifth Third Bank show that Crundwell used the 9530 account to pay for personal expenses as well as expenses related to her horse business. During the period of July 2006 through March 2012, Crundwell paid $30,173,009.02 in checks, online payments, and

other withdrawals. Of those items, only six checks, made payable to the "Sewage Fund" and "Corporate Fund," totaling $153,745.93, related to business conducted by the City of Dixon.

23. Illinois Secretary of State Records show that Rita Crundwell is the only member of RC Quarter Horses, LLC, a limited liability company with a principal office located at 1679 US Route 52, Dixon, Illinois 61021. An online press release dated December 15, 2011 on the website "GoHorseShow.com" (http://gohorseshow.com/article/Columns/Sudden_Scoop/Announcing_the_2012_RC_Quarter_Horses_Production_Sale_at_MeriJ/36655), states "On July 28, 2012, over 75 horses owned by Rita Crundwell sell at her RC Quarter Horses ranch in Dixon, Illinois." The press release further states that the sale will take place at "Rita's ranch, RC Quarter Horses , 1556 Red Brick Rd , Dixon, IL 61021" and that the sale will be managed by "Jim McKillips, MERI-J RANCH - PERCOTT Company, LLC."

24. On April 17, 2012, Crundwell was arrested by the FBI in Dixon, Illinois based on a federal criminal complaint filed in the Northern District of Illinois, Western Division, case number 12 CR 50027 that charged her with wire fraud, in violation of Title 18, United States Code, Section 1343. FBI Special Agents interviewed Crundwell in Dixon the day of her arrest. During that interview Crundwell stated, among other things, that:

    a. Crundwell owns between 350 and 400 horses. All of the horses have identification chips in their necks and she kept a list of the horses on a "thumbdrive" (electronic storage device).

    b. Crundwell used proceeds she wrongfully obtained through the RSCDA account to pay for the upkeep of all the horses.

6

c. Crundwell also used proceeds she wrongfully obtained through the RSCDA account to purchase some of the horses.

25. During a search of Crundwell's office at City Hall, 121 W. Second Street, in Dixon, Illinois on April 17, 2012, among the items seized was an electronic storage device, also known as a thumbdrive.

26. The thumbdrive contained a list of the horses owned by Crundwell as well as their locations.

27. The records contained on the thumbdrive as well as records obtained from the American Quarter Horse Association show that Rita A. Crundwell is the owner of the horses listed in Attachment A.

28. For the reasons stated herein and in the attached affidavit, there is probable cause to believe that the property listed in Attachment A is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), as property which constitutes and is derived from proceeds traceable to violations of Title 18, United States Code, Section 1343.

WHEREFORE, the United States of America requests:

A. That the defendant properties be proceeded against for forfeiture and condemnation, that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed;

B. That the court adjudge and decree that the defendant properties be forfeit to the United States and disposed of according to law; and

7

C.  The United States requests that any trial be before a jury.

>                          Respectfully submitted,
>
>                          PATRICK J. FITZGERALD
>                          United States Attorney
>
>
>                    By:   s/ Scott R. Paccagnini
>                          SCOTT PACCAGNINI
>                          JOSEPH PEDERSEN
>                          Assistant United States Attorneys
>                          327 South Church Street
>                          Suite 3300
>                          Rockford, IL 61101
>                          (815) 987-4444

8

State of Illinois )
) SS
County of Winnebago )

## AFFIDAVIT

I, Patrick Garry, having first been duly sworn, upon oath, deposes and states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed for approximately six years. As a Special Agent with FBI, I investigate criminal violations relating to white collar crime, including mail, wire, and bank fraud.

2. I have read the complaint in this matter and the facts alleged are true and correct to the best of my knowledge and belief based upon my own personal knowledge as well as information I have received from other agents, persons and documents, and it does not include each and every fact known to me concerning this investigation but is submitted for the limited purpose of establishing a basis to believe the property identified is subject to forfeiture.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 1st of May, 2012, in Rockford, Illinois.

_____
PATRICK GARRY
Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me
this 1st day of May 2012.

_____
NOTARY PUBLIC

OFFICIAL SEAL
RONELLE L. JOHNSON
Notary Public - State of Illinois
My Commission Expires Apr 29, 2014

Attachment A

| COLLAR | NAME | CHIP NUMBER | LOCATION |
|---|---|---|---|
| B240 | RB TOUCH OF MOXIE | 061 117 259 | Collinsville, Texas |
| B257 | BIG GIRLS RULE | 985140000502976 | Dixon, Illinois |
| B263 | MONEYS MOXIE RECIP | 985140000350495 | Dixon, Illinois |
| B506 | PIZZAZY LADY | 075 523 352 | Dixon, Illinois |
| G192 | HEIDI | 053 809 066 | Dixon, Illinois |
| G259 | PHENOMENOL MS RECIP | 985121015275272 | Dixon, Illinois |
| G317 | SHE SCORES RECIP | 145 511 495A | Dixon, Illinois |
| G324 | PIZZAZZY LADY RECIP | 985170001031512 | Dixon, Illinois |
| G326 | RECIP | 075 516 859 | Dixon, Illinois |
| G329 | PIZZAZZY LADY | 145 309 52A | Dixon, Illinois |
| G423 | SHES PROMISCUOUS RECIP | 145 238 117A | Dixon, Illinois |
| G446 | ATTEST RECIP | 985140000537700 | Dixon, Illinois |
| G470 | SHEZA TELUSIVE KID | 145 309 52A | Dixon, Illinois |
| O353 | SWIFT ALL THE TIME | 985140000508533 | Dixon, Illinois |
| R509 | RAINDROPS N RAINBOWS | | Dixon, Illinois |
| W004 | TOUCHED BY SECURITEE | 076 819 518 | Dixon, Illinois |
| W006 | IMPERIAL REASON | 052 036 878 | Dixon, Illinois |
| W018 | JEWELS BY TIFFANY | 145 162 347A | Collinsville, Texas |
| W033 | SUM IRON FOR ME | 145 272 731A | Beloit, Wisconsin |
| W103 | ABSOLUTE IRON | 052 359 512 | Dixon, Illinois |
| W104 | AINT I A NATURAL | 052 359 512 | Dixon, Illinois |
| W105 | INVITED TO THE PARTY | 985170000595021 | Dixon, Illinois |
| W106 | ALL THUMBS UP | 052 853 851 | Dixon, Illinois |
| W107 | ANOTHER TOUCHDOWN | 094 547 891 | Dixon, Illinois |
| W109 | BRIOS HOT | 051 792 840 | Dixon, Illinois |
| W111 | CATHYS MARECEDES | 052 115 551 | Dixon, Illinois |
| W112 | SHES ENTERPRISING | 985121014651451 | Beloit, Wisconsin |
| W113 | COMPLETELY NATURAL | 050 570 377 | Dixon, Illinois |
| W114 | COOLEST SCORES | 094 539 291 | Dixon, Illinois |
| W115 | ELITE DETAIL | 145 225 511A | Dixon, Illinois |
| W116 | COOSUNDAY | 985140000413589 | Collinsville, Texas |
| W117 | I FOUND A PENNY | 985170000447126 | Dixon, Illinois |

| | | | |
|---|---|---|---|
| W118 | GOODLOOKIN BLAZE | 094 538 338 | Dixon, Illinois |
| W119 | GRACEFUL DETAIL | 145 253 366A | Dixon, Illinois |
| W120 | HAPPY ROCK ANNIE | 052 044 331 | Dixon, Illinois |
| W121 | GEORGIA GOODBAR | 985170000596849 | Dixon, Illinois |
| W122 | HOT SIZZLIN VERSION | 135 356 290A | Dixon, Illinois |
| W123 | MTK PICKED ME | 094 542 566 | Beloit, Wisconsin |
| W125 | IM THE BEST | 985170001103806 | Collinsville, Texas |
| W126 | IM ALL NATURAL | 052 525 584 | Dixon, Illinois |
| W127 | IM ALL THUMBS | 051 775 284 | Dixon, Illinois |
| W128 | IM INVITED TO ZIP | 145 173 532A | Dixon, Illinois |
| W129 | IM MONEY TOO | 135 245 116A | Dixon, Illinois |
| W130 | IM OUT AND ABOUT | 049 520 378 | Dixon, Illinois |
| W131 | JUSTA KID CLU | 051 610 554 | Dixon, Illinois |
| W132 | PHENOMENAL MS | 076 786 098 | Collinsville, Texas |
| W133 | BOB BOB BARANN | 094 532 608 | Dixon, Illinois |
| W134 | JDZ MADISON COUNTY | 053 098 358 | Dixon, Illinois |
| W135 | JDZS HOT | 060 611 805 | Dixon, Illinois |
| W136 | JUST CALL ME DIXIE | 145 215 190A | Dixon, Illinois |
| W137 | LACIOUS | 052 033 639 | Dixon, Illinois |
| W138 | LADY SARA | 145 234 692A | Dixon, Illinois |
| W139 | MS CLASSY STYLE | | Collinsville, Texas |
| W140 | TOUCHING A RAINBOW (HAZEL) | | Dixon, Illinois |
| W141 | PICK ME PLEASE | 985140000312989 | Collinsville, Texas |
| W142 | MAGIC HOTROD | 135 616 655A | Dixon, Illinois |
| W143 | ME THUMPTIN SPECIAL | 052 294 014 | Dixon, Illinois |
| W144 | MELLOW BREW | 052 317 287 | Dixon, Illinois |
| W145 | MISTERS LADY RIDER | 051 627 059 | Dixon, Illinois |
| W146 | INVEST IN A NATURAL | 096 775 827 | Dixon, Illinois |
| W147 | NI THUMB ONE | 052 082 546 | Dixon, Illinois |
| W148 | IM ABOUT ACOOLEST | 096 613 616 | Beloit, Wisconsin |
| W149 | POTENTIAL FORTUNE | 135 233 140A | Dixon, Illinois |
| W150 | POTENTIAL TOUCH | 049 583 546 | Dixon, Illinois |
| W151 | POTENTIAL TWO | 052 304 621 | Collinsville, Texas |

Attachment A

| | | | |
|---|---|---|---|
| W152 | RAISE A HOT STAR | 135 554 723A | Dixon, Illinois |
| W153 | SIMPLE WAYS | 98514000473653 | Dixon, Illinois |
| W155 | REALLY COOLEST | 135 309 645A | Dixon, Illinois |
| W156 | REGAL HONOR | 135 554 622A | Dixon, Illinois |
| W157 | SUM BREEZE | 98512101526670S | Dixon, Illinois |
| W158 | ROSES N CHAMPAGNE | 98514000535185 | Texas |
| W160 | SCORCHING HOT | 145 225 790A | Beloit, Wisconsin |
| W162 | SHE GOT LEGS | 053 774 013 | Dixon, Illinois |
| W163 | MTK FOREVER COOLEST | 096 827 262 | Dixon, Illinois |
| W164 | SHEZCOPESETIC | 052 300 316 | Dixon, Illinois |
| W165 | REGALLY INVITED | 145 333 763A | Dixon, Illinois |
| W166 | SUM HOT BLAZE | 053 065 300 | Dixon, Illinois |
| W167 | SUM IRON | 053 081 577 | Dixon, Illinois |
| W168 | HOMESTYLE COOKIE | | Dixon, Illinois |
| W169 | THUMBKINDA DEBUT | 052 274 351 | Dixon, Illinois |
| W170 | THUMIN UP A RIDE | 052 286 038 | Dixon, Illinois |
| W171 | THUMPTIN JAZZY | 052 095 791 | Dixon, Illinois |
| W172 | TEXAS BREEZE TB | 98514000511866 | Dixon, Illinois |
| W173 | IE MAGICAL | 053 318 850 | Dixon, Illinois |
| W175 | ACOOLEST PICK | 094 539 014 | Dixon, Illinois |
| W176 | WEEKEND ODYSSEY | 135 263 396A | Dixon, Illinois |
| W177 | CANT ESCAPE THAT | 98512101488451 2 | Dixon, Illinois |
| W178 | T.N.T. RED TB | 98514000398520 | Dixon, Illinois |
| W182 | I WILL BE HOT | 98514000499058 | Talala, Oklahoma |
| W183 | ANNIE WILL BE GOOD | 98514000448159 | Beloit, Wisconsin |
| W184 | SHES PROMISCUOUS | 135 564 352A | Dixon, Illinois |
| W186 | ME MYSELF AND I | 98512100885511 | Dixon, Illinois |
| W187 | THE MASTERFUL MISS | 051 626 318 | Dixon, Illinois |
| W188 | DANS FLYING SAUCER | 052 353 086 | Dixon, Illinois |
| W189 | TOUCHDOWN SCARLETT | 077 039 289 | Dixon, Illinois |
| W191 | RAISE YOUR IRONS | 052 356 053 | Beloit, Wisconsin |
| W192 | IE ON THE RAISE | 061 328 628 | Dixon, Illinois |
| W193 | IM ABOUT CLASS | 061 073 885 | Collinsville, Texas |

Attachment A

| ID | Name | Number | Location |
|---|---|---|---|
| W194 | SHE SCORES | 049 353 349 | Collinsville, Texas |
| W195 | FABULOUS MOXIE | 9851400004760004 | Beloit, Wisconsin |
| W196 | ATTEST | 052 031 519 | Collinsville, Texas |
| W197 | SHEZA TELUSIVE KID | 145 217 797A | Collinsville, Texas |
| W198 | SACRED SIERRA | 145 334 634A | Collinsville, Texas |
| W199 | SUM FOR ME | 051 626 588 | Dixon, Illinois |
| W202 | SHES COOLEST | 053 119 776 | Dixon, Illinois |
| W203 | ZIPPED IN TIME | 9851400005153377 | Dixon, Illinois |
| W206 | THEBESTSUDDENASSET | 9851210151377795 | Dixon, Illinois |
| W207 | CAREFUL WHO U INVITE | | Horace, North Dakota |
| W208 | GOOD GIRLS ONLY | 9851210096727877 | Dixon, Illinois |
| W212 | CLASSY TOUCHDOWN | 9851400005336511 | Dixon, Illinois |
| W214 | ANEXECUTE | 9851400005239777 | Beloit, Wisconsin |
| W229 | IE TAKEAGOODLOOKATME | 096 790 076 | Beloit, Wisconsin |
| W230 | WILLY HAS POTENTIAL | 094 539 022 | Horace, North Dakota |
| W232 | RC WILL I BE GOOD | 096 635 119 | Harwinton, Connecticut |
| W236 | WILLYS HOT HOT HOT | 094 543 365 | Roberta, Georgia |
| W238 | IE IBEAGOODONE | 094 547 277 | Horace, North Dakota |
| W253 | ACOOLEST TIFFANY | 9851400002224277 | Republic, Ohio |
| W257 | IM SACREDS TOUCHDOWN | 9851400005549663 | Beloit, Wisconsin |
| W259 | EXECUTES JEWEL | 9851400005276099 | Dixon, Illinois |
| W260 | WILL BE A NATURAL | 9851400005015488 | Dixon, Illinois |
| W261 | WILLYS HOTROD | 094 530 105 | Beloit, Wisconsin |
| W262 | HAVE FAITH IN MONEY | 094 527 054 | Dixon, Illinois |
| W264 | WILLYS DUTY | 9851400004442744 | Morrison, Florida |
| W265 | WILLYTAKEAGOODLOOK | 9851400005296088 | Cleburne, Texas |
| W271 | ACOOLEST TOUCHDOWN | 9851400004141944 | Collinsville, Texas |
| W272 | ANEXECUTIONIST | 094 541 551 | Michigan |
| W275 | SACREDS EXECUTIONIST | 094 543 035 | Beloit, Wisconsin |
| W278 | ILL BE A TOUCHDOWN | 9851400005185911 | Republic, Ohio |
| W279 | WILLY DONE DUNIT | 9851400004650555 | Talala, Oklahoma |
| W281 | WILLYS INVITATION | 9851400004544399 | Dixon, Illinois |
| W289 | PACKIN JEWELS | 094 550 843 | Beloit, Wisconsin |

Attachment A

| ID | Title | Number | Location |
|---|---|---|---|
| W293 | LIKE TO BE NOTICED | 985140000459619 | Beloit, Wisconsin |
| W300 | HOT TO TROT STAR | 985121014614363 | Dixon, Illinois |
| W302 | SHES EXECUTE | 985121013947048 | Roberta, Georgia |
| W303 | MTK BUSY OPERATOR | 985121014520248 | Beloit, Wisconsin |
| W305 | IM ABOUT IT | 985121014891876 | Dixon, Illinois |
| W306 | EXECUTE PRETTY | 985121014908625 | Beloit, Wisconsin |
| W307 | COPE WITH THIS | 985121008871862 | Dixon, Illinois |
| W308 | EXECUTIE | 985121013944630 | Dixon, Illinois |
| W309 | EXECUTE A SCORE | 985121015278888 | Collinsville, Texas |
| W311 | WILLYS BOX | 985121014630351 | Sundburg, Ohio |
| W312 | HOT TO RAISE | 985121101460546 | Dixon, Illinois |
| W314 | REFLECTIONS OF MR | 052 032 512 | Dixon, Illinois |
| W315 | GOOD WEEKEND | 985121101459591 | Holland, Ohio |
| W316 | MTK BOB BARANN | 985121114625512 | Beloit, Wisconsin |
| W317 | GOOD RIDIN | 985121101454601 | Dixon, Illinois |
| W318 | HOT REASONS | 985121013947563 | Beloit, Wisconsin |
| W319 | IE MARECEDES | 053 383 361 | Dixon, Illinois |
| W320 | RFK TOUCHDOWN | 981210089160 | Dixon, Illinois |
| W321 | HOTSUM MAN | 985121014595278 | Fondulac, Wisconsin |
| W322 | MTK KOKOMO WAY | 985121101491105 | Dixon, Illinois |
| W323 | GOOD THUMBIN | 985121101488354 | Dixon, Illinois |
| W324 | STYLIN CLASSY | 985121101511657 | Republic, Ohio |
| W325 | GURLS N CURLS | 985121101831829 | Dixon, Illinois |
| W326 | REASON TO BE GOOD | 985121101527918 | Dixon, Illinois |
| W327 | GOOD IRONS | 985121101826434 | Dixon, Illinois |
| W329 | RAISE EM GOOD | 985121101824216 | Fondulac, Wisconsin |
| W330 | OPTIONAL ATTIRE | 985121101826120 | Dixon, Illinois |
| W331 | PICK POLLY | 985121107991125 | Dixon, Illinois |
| W332 | IM ALL NATURAL X WILLY | 985121101826118 | Beloit, Wisconsin |
| W333 | GOOD DUTY | 985170000595589 | Beloit, Wisconsin |
| W334 | PASS ME GOOD | 985170000571868 | Holland, Ohio |
| W335 | IMA MTK | 985170000541689 | Dixon, Illinois |
| W336 | MR ACOOLEST | 985170000573743 | Dixon, Illinois |

Case: 3:12-cv-50153 Document #: 1 Filed: 05/01/12 Page 14 of 19 PageID #:14

| | | | |
|---|---|---|---|
| W337 | RAISEN KEN | 985170000561967 | Dixon, Illinois |
| W338 | AINT I A WILLY | 985170000595051 | Dixon, Illinois |
| W339 | CASH FOR TOUCHDOWNS | 985170000571688 | Beloit, Wisconsin |
| W340 | TO BE REASONED WITH | 985121018253922 | Dixon, Illinois |
| W341 | ACOOL ROCKSTAR | 985170000476882 | Beloit, Wisconsin |
| W342 | KIND WILLY | 985170000596695 | Dixon, Illinois |
| W343 | KID JEWELS | 985170000597710 | Kentucky |
| W344 | GOOD BE OTHERWISE | 985121187452276 | Dixon, Illinois |
| W345 | MTK SCORES MORE | 985121018075156 | Dixon, Illinois |
| W346 | WHITELESS | 985121018300738 | Beloit, Wisconsin |
| W347 | EINSTEINS IN MADRID | 985121018269297 | Dixon, Illinois |
| W349 | GOOD HOT RAISENS | 985170000357185 | Dixon, Illinois |
| W350 | GOOD COUNTY | 985121018256789 | Morrison, Florida |
| W352 | I WILL BE BRIO | 985170000334779 | Holland, Ohio |
| W353 | OUT N ABOUT GURL | 985121018001963 | Dixon, Illinois |
| W354 | GOOD HOT PIE | 985170000337370 | Dixon, Illinois |
| W355 | GOOD GOOD MOLLY | 985170000354400 | Dixon, Illinois |
| W356 | ACOOLADE | 985170000364006 | Dixon, Illinois |
| W357 | GOOD WILL MOXIE | 985170000358447 | Horace, North Dakota |
| W358 | GOOD MARECEDES | 985170000359395 | Dixon, Illinois |
| W359 | GOODIN HOT | 985170000362154 | Dixon, Illinois |
| W360 | REAL GOOD REASON | 985170000357276 | Dixon, Illinois |
| W361 | WILLY SIZZLE | 985170000553637 | Beloit, Wisconsin |
| W362 | DOODLE JUMP | 985170000449950 | Fondulac, Wisconsin |
| W363 | FRUIT NINJA BE | 985170000478109 | Beloit, Wisconsin |
| W365 | JUST CALL WILLY | 985170000487418 | Fondulac, Wisconsin |
| W366 | ANGRY BIRDS | 985170000479849 | Dixon, Illinois |
| W367 | WILLY GOOD GURL | 985170000552881 | Beloit, Wisconsin |
| W368 | KIT DELUCA | 985170000481384 | Holland, Ohio |
| W400 | EXTRA PICKS | 985170000596094 | Dixon, Illinois |
| W401 | EXECUTE STYLE | 985170000458649 | Dixon, Illinois |
| W402 | HEZA EXECUTE KID | 985170000488816 | Dixon, Illinois |
| W403 | KENNE RAISEM | 985140000505418 | Dixon, Illinois |

Attachment A

Attachment A

| ID | Name | Number | Location |
|---|---|---|---|
| W404 | PIZZAZACUTE | 985140000371085 | Dixon, Illinois |
| W405 | WELL EXECUTED | 985140000534353 | Dixon, Illinois |
| W406 | EX SCARLETTO | 985140000445131 | Dixon, Illinois |
| W407 | HOT N MASTERFUL | 985140000459992 | Dixon, Illinois |
| W408 | HEZA COOL TD | 985140000460418 | Beloit, Wisconsin |
| W409 | IE IN AWE | 985104000461624 | Dixon, Illinois |
| W410 | GOODNESS KNOWS | 985140000513951 | Dixon, Illinois |
| W412 | MY SOULS INIT | 985140000259925 | Dixon, Illinois |
| W413 | BOTOX N LEATHER | 985140000505183 | Dixon, Illinois |
| W414 | SHEZA TRIBUTAUNT | 985140000525744 | Dixon, Illinois |
| W415 | BATHHOUSE BOOTY | 985140000538192 | Dixon, Illinois |
| W416 | TULIPS | 985140000462414 | Dixon, Illinois |
| W417 | MTK SAC MASTER | 985140000537418 | Dixon, Illinois |
| W418 | RIOS MARECEDES | 985140000532735 | Dixon, Illinois |
| W419 | TRIBUTE SCORES | 985140000444126 | Dixon, Illinois |
| W420 | LEATHER N TAILS | 985140000444366 | Republic, Ohio |
| W421 | TETHER MY LEATHER | 985140000458879 | Dixon, Illinois |
| W422 | EXTRA CUTE | 985140000535419 | Dixon, Illinois |
| W423 | SHEZASCARLETTWINDER | 985140000397785 | Republic, Ohio |
| W424 | IM IN AWE | 985140000523443 | Dixon, Illinois |
| W425 | RUNNING BACK FLASH | 985140000460183 | Michigan |
| W426 | SUM HOT SQUIGGLE | 985140000512695 | Reddick, Florida |
| W427 | WILLY IMPULSIVE | 985140000535036 | Dixon, Illinois |
| W428 | ZAZZLE | 985140000456742 | Dixon, Illinois |
| W429 | MTK RAZMATAZ | 985140000512788 | Dixon, Illinois |
| W430 | IM THE SHOWMAN | 985140000515495 | Beloit, Wisconsin |
| W431 | IE STAR SHIP | 985140000515495 | Dixon, Illinois |
| W432 | WESTERN CALL GIRL | 985140000507705 | Dixon, Illinois |
| W433 | LOOKIN FOR ROMANCE | 985140000394608 | Beloit, Wisconsin |
| W434 | SPITACULAR | 985140000521298 | Dixon, Illinois |
| W435 | A STATUESQUE | 985140000532568 | Dixon, Illinois |
| W436 | LIPS ALOCKIN | 985140000460172 | Mason, Michigan |
| W437 | ULTIMATE TOOL | 985140000509004 | Dixon, Illinois |

| | | | |
|---|---|---|---|
| W438 | SPYDR SPY | 985140000394628 | Dixon, Illinois |
| W440 | TOLLWAY WALTZ | 985140000397123 | Dixon, Illinois |
| W441 | APATRICK | 985140000536482 | Dixon, Illinois |
| W442 | WILL PASS THE FAITH | 985140000446833 | Dixon, Illinois |
| W443 | WILLY DIVA | 985140000525763 | Dixon, Illinois |
| W444 | ROCK COUNTY KID | 985140000536087 | Reddick, Florida |
| W445 | B ENDLESS LEGS | 985140000534055 | Dixon, Illinois |
| W446 | FIRST LEAGUE | 985140000509252 | Dixon, Illinois |
| W447 | ROCK HAPPY | 985140000512908 | Dixon, Illinois |
| W448 | FORMAL I WILL BE | 985140000394771 | Dixon, Illinois |
| W449 | ARAINBO | 985140000461546 | Dixon, Illinois |
| W450 | UNFORGETTABLE DETAIL | 985140000462970 | Dixon, Illinois |
| W451 | NO HOOPS TO JUMP | 985140000067395 | Dixon, Illinois |
| W452 | SWAP YOUR RIDE | 985170001076450 | Dixon, Illinois |
| W453 | SMOKEY IN THE GRASS | 985170001077940 | Dixon, Illinois |
| W454 | AINT I ACOOLEST | 985170001050110 | Dixon, Illinois |
| W455 | WILL N KATE | 985170001752289 | Dixon, Illinois |
| W456 | MAN FROM LARAMIE | 985170001033320 | Dixon, Illinois |
| W457 | I AM FABULOUS | 985170001076723 | Dixon, Illinois |
| W458 | ROCKIN AND A REELIN | 985170001069961 | Dixon, Illinois |
| W459 | KRYMSUM N KLOVER | 985170001032234 | Dixon, Illinois |
| W460 | KRISTAL KREEK | 985170000952832 | Dixon, Illinois |
| W461 | GURLS LUV TO PARTY | 985170000981166 | Dixon, Illinois |
| W462 | THIS RIDERS HOT | 985170000973933 | Dixon, Illinois |
| W463 | IM ABOUT COOL | 985170000949878 | Dixon, Illinois |
| W464 | ROLLOWED SPUR | 985170000981470 | Dixon, Illinois |
| W465 | RAGWEED RALLY | 985170000946304 | Dixon, Illinois |
| W466 | HONOLULU COOL | 985170000950762 | Dixon, Illinois |
| W467 | DROPIT LIKE UR HOT | 985170000953516 | Dixon, Illinois |
| W468 | RED BRICK ROAD | 985170000918667 | Dixon, Illinois |
| W470 | CACTUS JUNCTION | 985170000950482 | Dixon, Illinois |
| W471 | SHDA PUTA RING ON IT | 985170000095609 | Dixon, Illinois |
| W472 | UPLOAD | 985170000966378 | Dixon, Illinois |

Attachment A

| | | | |
|---|---|---|---|
| W473 | IE JAZZ | 9851700094843 | Dixon, Illinois |
| W474 | MAMBO ITALIANO | 9851700098186O | Dixon, Illinois |
| W475 | MONEY IS HOT | 9851700097462B | Dixon, Illinois |
| W476 | ONE POSH KID | 9851700095408 | Dixon, Illinois |
| W477 | IMPERIAL PALACE | 9851700095183O | Dixon, Illinois |
| W478 | OBSERVATION POINT | 9851700098160 | Dixon, Illinois |
| W507 | PASS THE FAITH | 9851400047966 | Dixon, Illinois |
| W508 | CALL ME SCARLETT | 050 383 342 | Dixon, Illinois |
| W509 | TOUCHDOWN CALI | 094 542 890 | Talala, Oklahoma |
| W510 | SECURE WITH CASH | 052 261 120 | Dixon, Illinois |
| W511 | TELUSIVES TOUCHDOWN | 051 868 879 | Collinsville, Texas |
| W512 | SHEZAN IMPULSIVE ZIP | 98512101527751I | Dixon, Illinois |
| W518 | GAILE'S HOPE | 052 114 894 | Dixon, Illinois |
| W533 | HH ILL BE GREAT | 052 269 838 | Beloit, Wisconsin |
| | A THUMBS UP DETAIL | 145 346 286A | Dixon, Illinois |
| | ACOOLEST | 053 025 351 | Beloit, Wisconsin |
| | AROOSTER | 135 412 366A | Pilot Point, Texas |
| | BRIOS VESTED | 053 768 299 | Beloit, Wisconsin |
| | CERTAINLY A BLAZE | 094 544 597 | Arizona |
| | CHEX OUT MY LOPE | 094 543 315 | Beloit, Wisconsin |
| | CHILL OUT BOY | 049 524 074 | Dixon, Illinois |
| | EXECUTE | 052 353 827 | Beloit, Wisconsin |
| | GOOD I WILL BE | 135 457 374A | Beloit, Wisconsin |
| | HOPE IM FABULOUS | 145 249 523A | Beloit, Wisconsin |
| | I BE WILLY GOOD | 985170000335240 | Dixon, Illinois |
| | I EXECUTE CLASS | 985140000447515 | Collinsville, Texas |
| | IE COPY | 096 824 865 | Horace, North Dakota |
| | IE MOXIE | 053 833 257 | Dixon, Illinois |
| | IE SUMTHING | 061 077 860 | Beloit, Wisconsin |
| | INVEST IN A HOT STAR | 076 792 052 | Beloit, Wisconsin |
| | IRON ENTERPRISE | 145 321 751A | Beloit, Wisconsin |
| | MONEYS MOXIE | 094 557 347 | Beloit, Wisconsin |
| | MOXIES SHADOW | 052 297 847 | Dixon, Illinois |

Attachment A

Attachment A

| | | |
|---|---|---|
| MR TOUCHDOWN KID | 077 080 639 | Beloit, Wisconsin |
| MS MAE FLASH | 985170000448373 | Holland, Ohio |
| MTK TOUCH OF BRANDY | 985140000408394 | Missouri |
| MY NAME IN NEON | | Dixon, Illinois |
| MYSTIC INVITATION | 985140000508542 | Beloit, Wisconsin |
| NATURALLY GRACEFUL | 985140000445341 | Beloit, Wisconsin |
| NI FABULOUS | 077 021 606 | Beloit, Wisconsin |
| PRETTY HOT AND SONNY | Reg # 3862249 | Collinsville, Texas |
| PUTNONMYLUCKYSHOES | Reg # 4011104 | Collinsville, Texas |
| RC TILTED PALACE | 135 267 196A | Dixon, Illinois |
| SCULPTURED IN IRON | | Sycamore, Illinois |
| SUDDEN INSTINCT | 050 545 889 | Eldora, Iowa |
| UN FORGETTABLE | 985121015115099 | Beloit, Wisconsin |
| VAN VALLEY MR | 049 324 523 | Dixon, Illinois |
| WF TWO THUMBS UP | 076 820 848 | Beloit, Wisconsin |